**Appeal Dismissed and Memorandum Opinion filed November 19, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00487-CV

---

## RACHEL JACO, Appellant

## V.

## MAXINE TRAYLOR, Appellee

---

**On Appeal from County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0087007**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 1, 2020. The clerk's record was filed July 29, 2020. The reporter's record was filed August 6, 2020. No brief was filed.

On October 8, 2020, this court issued an order stating that unless appellant filed a brief on or before November 9, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.